UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ALONZO HAYES                                                                                          PLAINTIFF

VERSUS                                                            CIVIL ACTION NO. 1:25-CV-262-TBM-RPM

HUNTINGTON INGALLS INDUSTRIES, INC.                                                       DEFENDANT

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*. On August 20, 2025, Plaintiff Alonzo Hayes filed a Complaint against Defendant Huntington Ingalls Industries, Inc. [1]. The docket reflects Plaintiff has failed to serve Defendant in accordance with the Federal Rules of Civil Procedure. There is no indication from the docket that Plaintiff issued summons to Defendant. Plaintiff has not filed a summons returned executed; Defendant has not filed an answer or other responsive pleading. Rule 4(c)(1) provides that "[t]he plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service." Rule 4(m) provides as follows:

> If a defendant is not served within 90 days after the complaint is filed the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

As such, the time for service of process has expired. The Court will therefore require Plaintiff to show good cause, if any, why this case should not be dismissed for Plaintiff's failure to timely serve process.

IT IS THEREFORE ORDERED AND ADJUDGED that, **on or before December 19, 2025**, Plaintiff Alonzo Hayes shall file a response to this Order showing good cause, if any, why this

case should not be dismissed for failure to timely serve process.  **Plaintiff is cautioned that failure to respond to this Order may result in dismissal of this lawsuit.**

SO ORDERED AND ADJUDGED, this the 5th day of December 2025.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE